UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HUBERT KOHLER, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

                Plaintiff,

-vs-                                          Case No. 6:05-cv-1181-Orl-28KRS

FOODCRAFTERS DISTRIBUTING
COMPANY,

                Defendant.
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. 22). The United States Magistrate Judge has issued a Report and Recommendation (Doc. 26) recommending that the settlement agreement submitted with the motion be approved and that the case be dismissed with prejudice. The parties have filed a Joint Notice of Non-Objection to the Report and Recommendation (Doc. 27).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED**.

2. The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. 22) is **GRANTED** and the settlement agreement attached to the motion is **APPROVED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk shall close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _17_ day of May, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party